# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA GRIMES, as the next best )
friend and Personal Representative of the )
Estate of Karl Grimes, )
                                    )

             **Plaintiff,** )
     **v.** )   Civil Case No. 08-2024 (RJL)
                                      )

DISTRICT OF COLUMBIA, and )
PRINCE GEORGE'S HOSPITAL )
CENTER, )
             **Defendants.** )
                                      )

DISTRICT OF COLUMBIA, )
                                      )

     **Cross Claimant,** )
       **v.** )
                                      )

PRINCE GEORGE'S HOSPITAL )
CENTER, )
     **Cross Defendant.** )
                                      )

PRINCE GEORGE'S HOSPITAL )
CENTER, )
     **Counter Claimant,** )
       **v.** )
                                      )

DISTRICT OF COLUMBIA, )
                                      )

     **Counter Defendant.** )
                                      )

## MEMORANDUM ORDER
### February 12, 2013

For the reasons set forth in the Memorandum Opinion entered this 12th day of

1

February 2013, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. #55, 58] is

**GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.


**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge